FILED

2018 OCT -9 PM 2:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___

Kate Fitzgerald-Reiser
1218 E. Broadway, #311
Long Beach, CA 90802
Telephone: (310) 844-5855
Defendant In Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MATT HARRIS, an individual<br>Plaintiff,<br>v.<br>KATE FITZGERALD-REISER, a/k/a MALKE_2003, an individual, ROBERT IMRIE, a/k/a RIDLEYLAKE, an individual, and DOES 1-100<br>Defendants. | Case No. SACV 18-01812 AG (JDEx)<br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)-FEDERAL QUESTION** |

**TO THIS HONORABLE COURT AND TO ALL PARTIES**:

PLEASE TAKE NOTICE that Defendant Fitzgerald-Reiser, with the consent of Defendant Robert Imrie, (affidavit attached as Exhibit 1), hereby removes to this Court the state court action described below.

1. On September 24, 2018, an action was commenced in the Superior Court of the State of California, County of Orange, Santa Ana, entitled Matt Harris, vs. Kate Fitzgerald-Reiser and Robert Imrie and Does 1-10, as case number 30-2018-01020328-CL-IP-CJC attached hereto as Exhibit 2 and incorporated herein by reference.



PAID -9 2018

2. Defendant Fitzgerald-Reiser obtained a copy of the complaint from Defendant Imrie on October 6, 2018, (collectively, "Defendants). Therefore, this removal petition is timely filed within 30 days of Defendants' receipt of pleading pursuant to 28 U.S.C. § 1446 (b)(1). Neither of the Defendants has been served with a copy of the Summons or Complaint.

3. This action is a civil action for a federal question of which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, under the copyright laws of the United States, 28 U.S.C. §1338(a) (1988) and may be removed to this Court by Defendant Ftizgerald-Reiser (herein after referred to as "Defendant") pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C §1446(b)(3).

4. Upon filing of this Notice of Removal, Defendant shall give written notice thereof to Plaintiff Matt Harris, and further, Defendant shall file copies of said Notice of Removal with the Clerk, Superior Court of California, County of Orange, Santa Ana, California.

5. Defendant denies the allegations contained in Plaintiff's complaint and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in her favor in either state or federal court.

6. Defendant Imrie denies the allegations contained in Plaintiff's complaint and consents to the removal to federal court without waiving any defenses, objections, exceptions, or obligations that may exist in his favor in either state or federal court.

7. Further, in making the allegations in this Notice of Removal, Defendants do not concede in any way that the allegations in the complaint are accurate, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought are authorized or appropriate.

8. Defendant also reserves the right to amend or supplement this Notice of Removal. If any questions arise as to the propriety of the removal of this action, Defendant respectfully requests leave of the Court for the opportunity to present such further evidence as necessary to support the position that this action is removable.

9. For the reasons stated above, Defendant removes this action, Civil Case No. 30-2018-01020328-CL-IP-CJC, currently pending in the Superior Court of California, County of Orange, Santa Ana, to this Court. Defendant respectfully requests that this Court assume jurisdiction over this matter and grant Defendants such other and further relief as this Court deems just and proper.

Dated 10/9/18

Kate Fitzgerald-Reiser

KATE FITZGERALD-REISER
Defendant In Pro Se

Harris v Fitzgerald-Reiser, et al

Exhibit 1

# GENERAL AFFIDAVIT

**STATE OF** California
**COUNTY OF** Orange
Robert Imrie came and appeared before me, the undersigned Notary, the within named Robert Imrie, who is a resident of Orange County, State of California, and makes this his/~~her~~ statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

I Robert Imrie, as a named defendant, do hereby consent to the removal of case No: 01020328 from Superior Court of the State of California for the County of Orange – Civil Div to U.S. Federal Court.

DATED this the 6 day of Oct, 2018

R. C. [signature]
Signature of Affiant
SWORN to subscribed before me, this 6 day October, 2018

NOTARY PUBLIC
My Commission

See attached California Jurat
[initials] 10/6/18

**CALIFORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 ____________________
2 ____________________
3 ____________________
4 ____________________
5 ____________________
6 ____________________

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me

on this 6 day of Oct, 20 18,
*Date* *Month* *Year*

by
(1) Robert Imrie
~~(and (2)~~ ____________________),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be ~~the~~ person~~(s)~~ who appeared before me.

MARSHA JEFFER
Notary Public – California
Los Angeles County
Commission # 2191046
My Comm. Expires May 2, 2021

Signature [signature]
*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
**Title or Type of Document:** General Affidavit **Document Date:** 10/6/18
**Number of Pages:** 2 **Signer(s) Other Than Named Above:** None

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910

Harris v Fitzgerald-Reiser, et al

Exhibit 2

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Matt Harris
155 Father Morissette Blvd
Lowell, MA 01854

TELEPHONE NO.: 781-908-4445 FAX NO.:

ATTORNEY FOR (Name): In pro per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: Civil

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 24 2018

DAVID H. YAMASAKI, Clerk of the Court

BY: J. GOMEZ, DEPUTY

CASE NAME:
Matt Harris vs. Fizgerald-Reiser, Imrie

# CIVIL CASE COVER SHEET

☐ Unlimited (Amount demanded exceeds $25,000)
☑ Limited (Amount demanded is $25,000 or less)

**Complex Case Designation**
☐ Counter ☐ Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 30-2018-01020328

JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☑ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. ☑ monetary b. ☑ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action *(specify)*: Fraud, unfair competition, copyright infringement and forgery
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 9/24/2018
Matt Harris
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 24 2018

DAVID H. YAMASAKI, Clerk of the Court

BY: J. GOMEZ DEPUTY

Matt Harris
650 Dennery Rd
San Diego, CA 92154
Telephone# 781-908-4445

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE - CIVIL DIV 30-2018

| | |
|---|---|
| **Matt Harris**, an individual,<br>Plaintiff,<br><br>vs.<br><br>**Kate Fitzgerald - Reiser , a/k/a Malke_2003,**<br>an individual,<br>**Robert Imrie a/k/a/ ridleylake,**<br>an individual, and DOES 1 - 100,<br>Defendants. | Case No. 01020328<br>**COMPLAINT IS FOR FRAUD**<br>**COPYRIGHT INFRINGEMENT**<br>**UNFAIR COMPETITION**<br><br>Does not exceed 10,000 |

Plaintiff Matt Harris, is filing this complaint against Defendants Kate Fitzgerald- Reiser and Robert Imrie these collectivley are the Defendants.

## I. INTRODUCTION

1. This case arises from the Defendants infridging and forging the Plaintiff's copyrighted artwork, a copy is submitted as exhibit A. The Defendants have been notified to stop but have continued producing these counterfeits and selling them on amazon, ebay and other sites since January 2017.

2. The Defendants have been making these counterfeits since January 2017.

3. Plaintiff in August of 2017 mailed a cease and desist letter to the Defendants asking them to stop immediately in forging and producing counterfeits of my artwork. Them refusing to do so brings this suite to court.

4. The true names and capacities, weather individual. corporate otherwise of Defendants DOES 1-100 a inclusive, are known to Plaintiff, who therefore sue them by such fictitious names. Plaintiff will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained. Plaintiff is informed and believe and thereon allege that each of the ficitiously named Defendants is responsible in some manner for the occurrences herein alleged and that those Defendants proximatley caused Plaintiff's damages.

At all times herein mentioned, all named Defendants and the DOES Defendants were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows as to each Defendant with respect to each claim for relief:

1. For a judgment that Defendants, their officers, agents, distributors, employees, attorneys, subsidiaries, assigns or related companies, and those in active concert or participation with any of them, be permanently enjoined from using or employing, directly or indirectly, the logo, or device that is confusingly similar to the or is likely to confuse or deceive as to the affiliation, connection, sponsorship, or association of Defendants' commercial activities with Plaintiff ;

2. That Defendants be directed to file with this Court, within *thirty* days after entry of any injunction in this case, a written statement, under oath, setting forth in detail the manner in which Defendants have complied with the injunction;

3. That an accounting be directed to determine Defendants' profits resulting from their Copyright infringement, false designation of origin, and unfair competition which are the subject of this suit, that Defendants' profits be disgorged to Plaintiff, and that such amounts be multiplied pursuant to 15 U.S.C. § 1117;

4. That Plaintiff recover damages, in an amount to be determined at trial, resulting from Defendants' Copyright infringement, false designation of origin, and unfair competition;

5. That such damages be trebled as a result of Defendants' willful, deliberate, intentional and/or in bad faith actions to the extent allowable by law;

6. That Plaintiff recover its costs of this action;

7. That Plaintiff be awarded its reasonable attorneys' fees in accordance with 15 U.S.C. § 1117(a), 17 U.S.C. § 1203 and Cal. Bus. & Prof. Code § 14250, and any and all other applicable statutes, rules, and common law;

8. That Plaintiff be awarded punitive and/or treble damages in an amount to be determined; and

9. That Plaintiff recover all such other and further relief as the Court may deem just

of this suit, that Defendants' profits be disgorged to Plaintiff, and that such amounts be multiplied pursuant to 15 U.S.C. § 1117;

4. That Plaintiff recover damages, in an amount to be determined at trial, resulting from Defendants' copyright infringement, false designation of origin, and unfair competition;

5. That such damages be trebled as a result of Defendants' willful, deliberate, intentional and/or in bad faith actions to the extent allowable by law;

6. That Plaintiff recover its costs of this action;

7. That Plaintiff be awarded its reasonable attorneys' fees in accordance with 15 U.S.C. § 1117(a), 17 U.S.C. § 1203 and Cal. Bus. & Prof. Code § 14250, and any and all other applicable statutes, rules, and common law;

8. That Plaintiff recover all such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

**Dated:** September, 24 2018

By: [signature]

Plaintiff
Matt Harris
in pro per



Exhibit A