UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

JS6

| MATT HARRIS, | Case No. SACV 18-01812 AG (JDEx) |
| --- | --- |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KATE FITZGERALD-REISER and ROBERT IMRIE, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated December 3, 2018

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT